# Michael Faillace & Associates, P.C.
*Employment and Litigation Attorneys*

| | |
|---|---|
| 60 East 42nd Street, Suite 4510 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/15/2021

September 15 2021

**Via ECF**

Hon. Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007



**MEMO ENDORSED**

      Re:    Alejandro Flores v. Lexington Fresh Farm Inc., et al
               Docket No.: 21-cv-00912 (VEC)

Your Honor:

      My office represents Plaintiff in the above-captioned matter.  I write, with the consent of Defendants, to respectfully request the Court for a brief extension of the deadline to submit the settlement agreement ("agreement") for Court approval, from the current deadline of September 17, 2021 to September 20, 2021.  This is the second request of its kind.  The Court approved the first request.

      Counsel for the parties have finalized the language of the agreement, subject to our clients' approval.  Today, I was informed that Plaintiff had to attend to a family emergency in Connecticut and will not be back in New York until Monday, September 20, 2021.  On such date, he is coming to our office to review and sign the agreement.  Accordingly, Plaintiff respectfully requests the Court for a brief extension to submit the agreement.

      Plaintiff thanks the Court for its time and consideration of this matter.

                         Respectfully submitted,

                         /s_____
                         William K. Oates, Esq.
                         Michael Faillace & Associates, P.C.
                         *Attorneys for Plaintiff*

cc:    Adam Sackowitz, Esq. (via ECF)
       *Attorney for Defendants*

Application GRANTED.

SO ORDERED.

*[signature: Valerie Caproni]*   Date: September 15, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE