USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/08/2021

Case 1:21-cv-00912-VEC   Document 44   Filed 10/08/21   Page 1 of 1

# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  
New York, New York 10165  
_____  
woates@faillacelaw.com

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

October 8, 2021

VIA ECF  
Hon. Valerie E. Caproni  
United States District Judge  
United States District Court  
Southern District of New York  
40 Foley Square  
New York, New York 10007

**MEMO ENDORSED**

Re: Alejandro Flores v. Lexington Fresh Farm Inc., et al  
Docket No.: 21-cv-00912 (VEC)

Your Honor:

Our office represents Plaintiff Alejandro Flores ("Plaintiff") in the above-referenced action. I write to respectfully request the Court for a brief extension to file Plaintiff's Response to the Court's Order to Show Cause dated September 27. 2021, from today, October 8, 2021, to Tuesday, October 12, 2021.

There is an issue that hinges upon whether or not Plaintiff can prosecute his claims against the defaulting Defendants before this Court and our Office needs a few more days to make this determination. Accordingly, Plaintiff respectfully requests the Court for a brief extension to file a response to the Court's Order to Show Cause dated September 27, 2021.

Plaintiff thanks the Court for its time and consideration of this matter.

Respectfully Submitted,

*/s/ William K. Oates*  
William K. Oates Esq.  
Michael Faillace & Associates, P.C.  
*Attorneys for Plaintiff*

---

Application GRANTED.

The Court reminds counsel that requests for adjournment of Court deadlines must be made at least 48 hours in advance of the deadline, absent emergency circumstances. *See* Rule 2(C) of the undersigned's Individual Practices in Civil Cases. The Court will not grant further extensions of this deadline.
SO ORDERED.

*[signature]*  
Date: October 8, 2021

HON. VALERIE CAPRONI  
UNITED STATES DISTRICT JUDGE